**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jessica Lee Ballew Brown, Jeremy David Brown,
Defendants,

Of whom Jeremy David Brown is the Appellant,

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-001680

———————

Appeal From Greenville County
Katherine H. Tiffany, Family Court Judge

———————

Unpublished Opinion No. 2021-UP-212
Submitted June 3, 2021 – Filed June 10, 2021

———————

**AFFIRMED**

———————

Matthew P. Head, of Head Law Firm, LLC, of
Greenville, for Appellant.

Rebecca Rush Wray, of South Carolina Department of
Social Services, of Greenville, for Respondent.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:** Jeremy David Brown appeals the family court's final order terminating his parental rights to his minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Brown's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.